UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 08-3955-JST (Ex)            Date: March 23, 2011
Title: RICKY PICKETT, etc. v. ARNOLD SCHWARZENEGGER, etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                      Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

     On October 12, 2010, the Court issued an Order on Jury Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 127.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

     Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter a default, and/or impose sanctions for counsel's failure to timely file the referenced trial document. No later than **March 25, 2011 at 12:00 p.m.**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

                                                     Initials of Preparer: jcb