JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PICKETT, a current parolee, on behalf of himself and a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor of California, in his individual capacity; FRED AGUIAR, Cabinet Secretary to Governor Schwarzenegger, in his individual capacity, SUSAN KENNEDY, Chief of Staff to Governor Schwarzenegger, in her individual capacity; MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation ("CDCR"), in his individual capacity, JAMES TILTON, Former Secretary of the CDCR, in his individual capacity, et al,<br><br>Defendants. | Case No. CV 08-03955-JST(Ex)<br><br>**FINAL JUDGMENT** |

1  On March 7, 2011, the Court granted partial summary judgment to
2  Defendants Arthur Almazan, Kenneth Allen, and Juan Perez. Pursuant to a
3  stipulation filed on April 5, 2011, the Court dismissed without prejudice Plaintiff's
4  claims against all remaining Defendants. Therefore,

5  IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered
6  in favor of Defendants ARTHUR ALMAZAN, KENNETH ALLEN, and JUAN
7  PEREZ, and that these Defendants may recover their costs of suit incurred herein
8  from Plaintiff RICKY PICKETT.

Dated: April 7, 2011

**JOSEPHINE STATON TUCKER**
Honorable Josephine Staton Tucker
UNITED STATES DISTRICT JUDGE